

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION



| | |
|---|---|
| SOUTH DAKOTA FARM BUREAU, INC.; SOUTH DAKOTA SHEEP GROWERS ASSOCIATION, INC.; HAVERHALS FEEDLOT, INC.; SJOVALL FEEDYARD, INC.; FRANK D. BROST; DONALD TESCH; WILLIAM A. AESCHLIMANN; SPEAR H RANCH, INC.; MARSTON HOLBEN; MONTANA-DAKOTA UTILITIES CO,; NORTHWESTERN PUBLIC SERVICE; And OTTER TAIL POWER COMPANY, Plaintiffs, v. STATE OF SOUTH DAKOTA; MARK W. BARNETT, in his official capacity as Attorney General of South Dakota; and JOYCE HAZELTINE, in her official capacity as Secretary of State of South Dakota, Defendants. | No. 99-CV-3018 CK  **DEFENDANT-INTERVENORS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| DAKOTA RURAL ACTION; and SOUTH DAKOTA RESOURCES COALITION Defendant-Intervenors. | |

### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant-intervenors, Dakota Rural Action ("DRA") and South Dakota Resources Coalition ("SDRC") hereby move the Court for partial summary judgment pursuant to Fed. R. Civ. P. 56(c). DRA and SDRC support this motion with the accompanying Memorandum of Points and Authorities, Statement of Material Facts, and documentary evidence. As is more

fully set forth in these documents, there is no genuine issue as to any material fact and DRA and SDRC are entitled to judgment as a matter of law.

Dated: 13 Oct 2000

Respectfully submitted,

John H. Davidson
(S.D. Bar # 1726)
University of South Dakota School of Law,
Room 213
414 East Clark Street
Vermillion, S.D.  57069
(605) 677-6341

Virginia Brannon
University of Denver
Forbes House
1714 Poplar Street
Denver, CO  80220
(303) 871-6819

James J. Tutchton
Earthjustice Legal Defense Fund
University of Denver
Forbes House
1714 Poplar Street
Denver, CO  80220
(303) 871-6034

Attorneys for Defendant-intervenors: Dakota Rural Action and South Dakota Resources Coalition.