FILED

NOV 15 2000



UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| SOUTH DAKOTA FARM BUREAU, INC., SOUTH DAKOTA SHEEP GROWERS ASSOCIATION, INC.; HAVERHALS FEEDLOT, INC.; SJOVALL FEEDYARD, INC.; FRANK D. BROST; DONALD TESCH; WILLIAM A. AESCHLIMANN; SPEAR H. RANCH, INC.; MARSTON HOLBEN, MONTANA-DAKOTA UTILITIES CO.; NORTHWESTERN PUBLIC SERVICE; AND OTTER TAIL POWER COMPANY, <br><br>    PLAINTIFFS, <br><br> -vs- <br><br> MARK W. BARNETT, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF SOUTH DAKOTA, AND JOYCE HAZELTINE, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF SOUTH DAKOTA, <br><br>    DEFENDANTS, <br><br> and <br><br> DAKOTA RURAL ACTION; AND SOUTH DAKOTA RESOURCES COALITION, <br><br>    Intervenors/Defendants. | CIV. 99-3018-CBK <br><br><br> JOINDER OF BIG STONE PARTNERS IN PLAINTIFFS' BRIEF OPPOSING DEFENDANT-STATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING EQUAL PROTECTION |

Plaintiffs Montana-Dakota Utilities Company, Northwestern Public Service Company and Otter Tail Power Company ("the Big Stone Partners") join in plaintiffs' opposition to defendant-State's motion for partial summary judgment regarding equal protection herein dated November 6, 2000, filed by counsel for South Dakota Farm Bureau, South Dakota Sheep Growers Association, Haverhals

Feedlot, Inc., Sjovall Feedyard, Inc., Frank D. Brost, Donald D. Tesch, and William A. Aeschlimann.

It is unclear from the brief of the State defendants whether they also seek to dismiss Count III dealing with equal protection as it relates to the Big Stone Partners. To the extent that the State's motion is directed toward the Big Stone Partners' position, they join in the aforesaid brief and oppose the State defendants' motion.

The discussion of <u>Romer vs. Evans</u>, 517 US 620 (1996) applies equally to the Big Stone Partners. As discussed in their brief on the standing issue, the Big Stone Partners are the victim of unintended consequences and the discussion of <u>Romer</u> as it relates to the breadth of the amendment applies equally to the Big Stone Partners.

WHEREFORE the Big Stone Partners pray that the Court permit this joinder in the above-mentioned brief and allow the opposition of the Big Stone Partners to the State's motion for partial summary judgment on Count III dealing with equal protection claims.

Dated this 9th day of November, 2000.

MAY, ADAM, GERDES & THOMPSON LLP

BY: /s/ David A. Gerdes
DAVID A. GERDES
Attorneys for the Big Stone Partners
503 South Pierre Street
P.O. Box 160
Pierre, South Dakota 57501-0160
Telephone: (605)224-8803
Telefax: (605)224-6289

CERTIFICATE OF SERVICE

    David A. Gerdes, of May, Adam, Gerdes & Thompson LLP hereby certifies that on the 9th day of November, 2000, he mailed by United States mail, first class postage thereon prepaid, a true and correct copy of the foregoing in the above-captioned action to the following at their last known addresses, to-wit:

Richard O. Gregerson
Woods, Fuller
P.O. Box 5027
Sioux Falls, SD 57117-5027

Timothy S. Bishop
Steffen N. Johnson
Nicola Jackson
Mayer, Brown & Platt
190 S. LaSalle Street
Chicago, IL 60603

David S. Day
University of South Dakota
Law School
414 East Clark Street
Vermillion, SD 57069

Roxanne Giedd
Assistant Attorney General
500 East Capitol Avenue
Pierre, SD 57501-5070

Thomas P. Tonner
Tonner, Tobin & King
P.O. Box 1456
Aberdeen, SD 57402-1456

Virginia Brannon
Jay Tutchton
Earthlaw
University of Denver
Forbes House
1714 Poplar Street
Denver, CO 80202

John H. Davidson
University of South Dakota
School of Law
414 E. Clark Street, Rm. 215
Vermillion, SD 57069

Robert V. Broom
Broom, Johnson & Clarkson
310 Flatiron Building
1722 St. Mary's Avenue
Omaha, Nebraska 68101

Timothy J. Langley
Attorney at Law
401 East 8th Street, #200
Sioux Falls, SD 57103

_____
David A. Gerdes