

FILED

NOV 26 2001

[signature] CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| SOUTH DAKOTA FARM BUREAU, INC.; SOUTH DAKOTA SHEEP GROWERS ASSOCIATION, INC.; HAVERHALS FEEDLOT, INC.; SJOVALL FEEDYARD, INC.; FRANK D. BROST; DONALD TESCH; WILLIAM A. AESCHLIMANN; SPEAR H RANCH, INC.; and MARSTON HOLBEN<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF SOUTH DAKOTA; MARK W. BARNETT, in his official capacity as Attorney General of South Dakota; and JOYCE HAZELTINE, in her official capacity as Secretary of State of South Dakota,<br><br>Defendants.<br><br>DAKOTA RURAL ACTION; AND SOUTH DAKOTA RESOURCES COALITION<br><br>Defendant- Intervenors | No. 99-CV-3018 CK |

**DEFENDANT-INTERVENORS' TRIAL EXHIBIT LIST**

Defendant-Intervenors hereby list the following trial exhibits with copies provided:

501   "A time to Act" Report of the USDA Commission on Small Farms, Jan. 1998

502   "A Time to Choose" Summary report on the Structure of Agricul.ture, USDA 1981

503   South Dakota Agriculture; 1998-1999

504   1997 Census of Agriculture, South Dakota

505   South Dakota Legislature Resource Council Issue Memorandum 98-17, Amendment E

506   Curriculum Vitae Lawrence Cahoon

507   Curriculum Vitae Bradford Barham

508   Amendment E Petition

509   South Dakota Resources Coalition "Amendment E"

510   Vote YES! for the Future of Family Farms

511   Vote Yes for the Future of Family Farms

512   Yes! on Amendment E – Facts Getting Lost in the Shuffle

513   1998 Ballot Question Pamphlet Constitutional Amendment E

514   Amendment "E"tra

515   Amendment "E"tra, March 1998

516   Corporate Farming and Corporate Farming Restrictions in Nebraska

517   It's Time to Get the Facts on Amendment E – D.R.A.

518   Crop and Livestock Production Under Amendment E – D.R.A.

519   Competition in the Livestock Market

520   Dakota Farmer, Oct. 1998

and any trial exhibit similarly listed by the Plaintiffs or the State.

2

Dated: *Nov. 19, 2001*       /s/ John H. Davidson
John H. Davidson
(S.D. Bar # 1726)
University of South Dakota School of Law,
Rm 213
414 East Clark Street
Vermillion, SD 57069
(605) 677-6341

Jay Tutchton
EARTHJUSTICE
University of Denver
Forbes House
1714 Poplar St.
Denver, CO 80220
(303) 871-6996

Randy C. Canney
Attorney at Law
1733 High Street
Denver. CO 80218
(303)388-5014

Attorneys for Defendant-Intervenors:
Dakota Rural Action and South Dakota
Resources Coalition

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT INTERVENORS' TRIAL WITNESS LIST and TRIAL EXHIBIT LIST in the case of *South Dakota Farm Bureau et al. v. State of South Dakota, Barnett & Hazeltine,* was served by United States mail, first class, postage prepaid upon:

Richard O. Gregerson
Susan M. Sabers
Attorneys at Law
P.O. Box 5027
Sioux Falls, South Dakota 57117-5027

Robert V. Broom
Broom, Johnson & Clarkson
310 Flatiron Building
1722 St. Mary's
Omaha, Nebraska 68102

Thomas P. Tonner
Attorney at Law
P.O. Box 1456
Aberdeen, S.D. 57402

Patrick J. Anderson, Esq.
P.O. Box 88334
Sioux Falls, S.D. 57109

David Gerdes
Attorney at Law
503 S. Pierre Street
P.O. Box 160
Pierre, S.D. 57501

Roxanne Giedd
 Assistant Attorney General
Office of the Attorney General
500 East Capitol Avenue
Pierre, S.D. 57501-507

David S. Day
Attorney at Law
c/o Woods, Fuller Shultz & Smith
P.O. Box 5027
Sioux Falls, S.D. 57117

on this Nineteenth day of November, 2001

_____
John H. Davidson