AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  South Dakota - Central Division

SD Farm Bureau, Inc., et al.

v.

State of South Dakota, et al.

**FILED**
**DEC 7 2001**

**EXHIBIT AND WITNESS LIST**

Case Number: CIV99-3018

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHARLES B. KORNMANN | Gregerson/Day/Tonner/Gerdes | Best/Barnett/Davidson/Canney/Tutchton |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/01 - | Richard A. Christoffer | Kathy M. Hammond |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | "Constitutionality of Initiative 300-a Review of the Court Cases" |
| 2 | | | | | List of cooperative exemption language options |
| 3 | | 12/4/01 | | ✓ | 4/21/97 hog meeting notes - Napton |
| 4 | | 12/4/01 | | ✓ | 4/29/91 Morog letter to Johnson - Morog |
| 5 | | 12/4/01 | | ✓ | 5/5/97 Morog letter to Drafting Committee - Morog |
| 6 | | 12/4/01 | | Refused | 4/19/97 Draft of Amendment E - Thompson |
| 7 | | 12/4/01 | | Refused | 4/22/97 Draft of Amendment E - Thompson |
| 8 | | 12/4/01 | | Refused | 5/8/97 Draft of Amendment E - Thompson |
| 9 | | 12/4/01 | | Refused | 5/12/97 Draft of Amendment E - Thompson |
| 10 | | 12/4/01 | | Refused | 5/16/97 Draft of Amendment E - Thompson |
| 11 | | | | | 5/14/97 SDLRC letter to Jennings |
| 12 | | | | | Issue Memorandum No. 98-17 written by Tom Magedanz |
| 13 | | 12/6/01 | | ✓ | 8/97 Minutes of the Fifth Meeting of Comm. For Constit. Amendment |
| 14 | | 12/4/01 | | ✓ | Nancy Thompson Argus Leader guest editorial - Thompson |
| 15 | | | | | October 1998 Dakota Farmer Circular |
| 16 | | 12/6/01 | | ✓ | "Big Hitters Align to Kill Ag Measure" - Wiese |
| 17 | | | | | 5/8/97 Thompson E-Mail to John, Brian, Theresa & Dennis |
| 18 | | | | | "Vote Yes! For the Future of Family Farmers" |
| 19 | | 12/6/01 | | ✓ | 1998 Ballot Question pamphlet - Wiese |
| 20 | | | | | 2/4/00 Cenex letter to Don Tesch |
| 21 | | | | | 12/30/99 Plainsman article "Technology: Boost or Burden?" |
| 22 | | | | | 1999 Farmer Image Consumer Poll |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | SD Farm Bureau, Inc., et al. | vs. | State of South Dakota, et al. | CASE NO. CIV99-3018 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | 1/15/97 Thompson correspondence to Hunhoff |
| 24 | | 12/4/01 | | ✓ | 3/14/97 Draft Hog Meeting minutes – Napton |
| 25 | | 12/4/01 | | ✓ | 3/24/97 Draft Hog Meeting minutes – Napton |
| 26 | | | | | Minutes of First Meeting of Coordinating Comm. For the Constitutional Amendment |
| 27 | | | | | 7/16/97 Hanson letter to Forman |
| 28 | | | | | 7/9/97 Richards letter to Forman |
| 29 | | | | | Dakota Rural Action document "Vote Yes on Amendment E" – Napton |
| 30 | | 12/6/01 | | Withdrawn | 7/3/97 "Wiese: Corporate Acts Hurt Hog Farmers" |
| 31 | | | | | 6/6/98 Davis letter "Don't Become Duped by Pork Propaganda" |
| 32 | | 12/4/01 | | Refused | 9/16/99 Giedd correspondence to Wiese – Napton |
| 33 | | | | | Aberdeen American News article "Family Ag and Clean Air, Water at Stake" |
| 34 | | | | | 1/9/98 Minutes of Vote Yes for the Future of Family Farmers |
| 35 | | | | | 5/16/97 Wiese letter to the Coordinating Committee members |
| 36 | | 12/4/01 | | ✓ | 3/25/97 Summary of First Meeting of Language Drafting Subcommittee – Napton |
| 37 | | | | | May/June 1997 Action Review Volume 10, Number 3 |
| 38 | | | | | 6/26/97 Davis letter "Corporate Farm Ban Needed" |
| 39 | | | | | 11/14/97 Cruea letter "Story About Utah Hog Mess Doesn't Relate to SD" |
| 40 | | | | | "Crop and Livestock Production under Amendment E" |
| 41 | | | | | Attorney General 1998 ballot explanation on Constitutional Amendment E |
| 42 | | | | | 8/13/98 Barnett correspondence to Johnson & Wiese – Johnson |
| 43 | | 12/6/01 | | ✓ | 1/22/99 Johnson correspondence to Barnett – Johnson |
| 44 | | | | | "The Rules and Filing Requirements for Farm Businesses" |
| 45 | | 12/5/01 | | ✓ | Vitae for Luther Tweeten – Tweeten |
| 46 | | 12/5/01 | | ✓ | Publication list for Luther Tweeten – Tweeten |
| 47 | | 12/5/01 | | ✓ | Luther Tweeten Report on South Dakota's Amendment E – Tweeten |
| 48 | | | | | Secretary of State Notice of Public Hearing to Adopt Rules |
| 49 | | 12/3/01 | | ✓ | Sjovall Feedyard's estimated income loss – Sjovall |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

AO 187A (Rev. 7/87)

| | SD Farm Bureau, Inc., et al. | vs. | State of South Dakota, et al. | CASE NO. CIV99-3018 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | 1/23/00 "Official: Amendment E Halting 8 Projects" |
| 51 | | | | | Tri-State Neighbor 11/6/98 article "Voters Say 'Yes' on "E" |
| 52 | | 12/6/01 | | ✓ | 5/5/97 Keaveny memo to Bill Drafting Group for Initiated Measure – Napton |
| 53 | | 12/4/01 | | ✓ | 4/28/97 John Bixler memo to participants in April 21st meeting – Bixler |
| 54 | | 12/4/01 | | ✓ | Comments on YSD Proposed Constitutional Amendment – Morog |
| 55 | | 12/5/01 | | ✓ | CV for Dr. Ralph Brown – Brown |
| 56 | | 12/5/01 | | ✓ | Report of Dr. Ralph Brown – Brown |
| 57 | | 12/3/01 | | ✓ | Haverhals Customer List – Haverhals |
| 58 | | 12/3/01 | | ✓ | MoorMan's Cattle Feeding Contract – Haverhals |
| 59 | | 12/3/01 | | ✓ | North Dakota Cattlemen's Association Inspection Ticket – Haverhals |
| 60 | | 12/3/01 | | ✓ | Kingsburg Grain & Feed Bill of Sale – Haverhals |
| 61 | | 12/3/01 | | ✓ | 8/12/99 Minnesota Corn Processors Feed Contract – Haverhals |
| 62 | | 12/3/01 | | ✓ | 12/28/99 Minnesota Corn Processors Feed Contract – Haverhals |
| 63 | | 12/3/01 | | ✓ | IBP Beef Procurement Agreement – Haverhals |
| 64 | | 12/3/01 | | ✓ | Harvest States Contract – Tesch |
| 65 | | 12/3/01 | | ✓ | Harvest States Letter of Refusal – Tesch |
| 66 | | 12/3/01 | | ✓ | 1/28/00 Pohl's letter to Tesch – Tesch |
| 67 | | 12/3/01 | | ✓ | Equipment and Supplies Receipts – Tesch |
| 68 | | 12/3/01 | | ✓ | Fin-Ag Statements – Tesch |
| 69 | | | | | 7/15/98 Brost letter to the Editor |
| 70 | | | | | Brost letter to the Editor "Save South Dakota Family Farms" |
| 71 | | | | | 8/17/98 Brost letter to the Editor from Capital Journal |
| 72 | | 12/3/01 | | ✓ | Harvest States Lamb Grow-Out Agreement – Aeschlimann |
| 73 | | 12/3/01 | | ✓ | Some Reasons Why Amendment E is Being Challenged – Held |
| 74 | | | | | Vote No On Amendment E Committee Handout |
| 75 | | | | | Initiated Constitutional Amendment Petition |
| 76 | | 12/4/01 | | ✓ | 5/9/97 minutes of meeting in Huron – Napton |

Page 3 of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | SD Farm Bureau, Inc., et al. vs. State of South Dakota, et al. | CASE NO. CIV99-3018 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 77 | | | | | Letters from Secretary of State's Office and Petition | |
| 78 | | | | | Memo to Language Drafting Committee detailing Brian Jennings' efforts | |
| 79 | | | | | Chapter 47-9A SDCL | |
| 80 | | | | | Letter Writing Ideas for Amendment E | |
| 81 | | 12/4/01 | | Refused | Ms. Thompson Guest Editorial "A New Kind of Sharecropping" – Thompson | |
| 82 | | | | | 4/6/00 "Vilsack signs ban on packers raising their own livestock" – Thompson | |
| 83 | | 12/4/01 | | ✓ | Map of Big Stone Power Plant – Rolfes | |
| 84 | | | | | 3/21/00 MacFarlane letter to Pastor Krahling | |
| 85 | | 12/4/01 | | ✓ | Big Stone Plant Ownership Agreement – Rolfes | |
| 86 | | 12/4/01 | | ✓ | Corporation Report of SD Agriculture Activity – Brutlag | |
| 87 | | | | | Farmers Union News Article from February, 1998 | |
| 88 | | 12/4/01 | | ✓ | Easement Form – Krava | |
| 89 | | | | | NWPS Service Territory Map | |
| 90 | | | | | Easement for NWPS by Larry Wasland – Krava | |
| 91 | | | | | Dakota Rural Action publication "It's Time to Get the Facts on Amendment E" | |
| 92 | | 12/4/01 | | ✓ | Memo from John Bixler to interested parties – Bixler | |
| 93 | | | | | 11/4/97 Morog letter to Johnson, et al. | |
| 94 | | | | | Hog Group Meeting Dates – Thompson | |
| 95 | | | | | 3/14/97 Draft Hog Meeting Minutes with handwriting | |
| 96 | | | | | 5/9/97 minutes of the meeting in Huron | |
| 97 | | 12/4/01 | | ✓ | Nancy Thompson Billing Records – Thompson | |
| 98 | | | | | Declaration of John Z. Bixler | |
| 99 | | | | | 3/19 Media Advisory Conference Call Pre-Meeting | |
| 100 | | | | | 5/13/97 Jay Davis Memorandum | |
| 101 | | | | | Declaration of Mary Luanne Napton | |
| 102 | | | | | 3/20/98 Vote Yes for the Future of Family Farms Minutes | |
| 103 | | | | | 2/27/98 Vote Yes for the Future of Family Farms Minutes | |

Page ___4___ of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | SD Farm Bureau, Inc., et al. | vs. | State of South Dakota, et al. | CASE NO. CIV99-3018 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | 5/16/97 Wiese memo to Coordinating Committee Members |
| 105 | | | | | 5/16/97 Thompson memo to Jennings & Bixler |
| 106 | | | | | Find out what SD family farmers & ranchers have to say about Amendment E |
| 107 | | 12/6/01 | | ✓ | 7/1/98 Farmers and Ranchers Chipping in to Defeat Amendment E News Release |
| 108 | | 12/6/01 | | ✓ | 7/28/98 South Dakota Livestock Foundation Against Amendment E News Release |
| 109 | | 12/6/01 | | ✓ | 8/5/98 News Release |
| 110 | | 12/6/01 | | ✓ | 8/12/98 News Release-Ground Swell of Support for VOTE NO on E Group |
| 111 | | 12/6/01 | | ✓ | 10/15/98 News Release-Certified Public Accountants: Amendment E Bad for Clients |
| 112 | | 12/6/01 | | ✓ | 10/22/98 News Release-Amendment E Backers Avoid Real Issues; Lie to Voters |
| 113 | | 12/6/01 | | ✓ | 11/2/98 News Release-Ignore the Squeals: Amendment E Not About Corp. Hog Farms |
| 114 | | | | | Under 325 word summary of the Vote No on E Committee's position |
| 115 | | | | | Amendment Points (Speaking Points) and (Medium) |
| 116 | | | | | Speech for the Vote No on E speakers bureau |
| 117 | | | | | Vote No on Amendment E newspaper ad from the Argus Leader on November 2 |
| 118 | | | | | Amendment E: A Disaster for South Dakota from South Dakota Ag Leader |
| 119 | | | | | VOTE NO on Amendment E brochure |
| 120 | | | | | 11/13/96 Murphy Farms letter - Napton |
| 121 | | | | | Corporate Farming & Corporate Farming Restrictions in Nebraska |
| 122 | | | | | Miscellaneous documents from file of Jay Davis |
| 123 | | | | | April 1999 Killing Competition with Captive Supplies |
| 124 | | | | | Senate Joint Resolution No. 3, 72nd Session 1997 |
| 125 | | | | | Dakota Rural Action Staff Retreat documents |
| 126 | | | | | 4/21/97 Hog Meeting Attendance notes & Attendance Sheet Napton |
| 127 | | 12/4/01 | | ✓ | Handwritten attendance notes - Bixler |
| 128 | | | | | Pamphlets from Secretary of State's Office re: Initiatives Petition Circulation |
| 129 | | | | | "Socioeconomic Impacts of Expanding Pork Production" Allen & Drozd Study |
| 130 | | 12/3/01 | | ✓ | Deposition of Darrell Cruea |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

SD Farm Bureau, Inc., et al.  vs.  State of South Dakota, et al.  
CASE NO. CIV99-3018

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 131 | | 12/4/01 | | ✓ | Deposition of Robert B. Bergstrom |
| 132 | | 12/6/01 | | ✓ | 6/30/00 Gregerson letter to Brannon/Davidson |
| 133 | | 12/6/01 | | ✓ | 8/11/00 Gregerson letter to Brannon/Davidson |
| 134 | | 12/6/01 | | ✓ | Rosendahl Expert Witness Report |