AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | SD Farm Bureau, Inc., et al. | | vs. | State of South Dakota, et al. | CASE NO. CIV99-3018 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 301 | | | | 1997 Census of Agriculture: South Dakota |
| | 302 | | | | Secretary of State Pro-Con Statement and AG Explanation |
| | 303 | | | | Initiated Constitutional Amendment Petition |
| | 304 | | | | "Find Out What South Dakota" brochure |
| | 305 | 12/6/01 | | ✓ | "Can of Worms" brochure – Johnson |
| | 306 | | | | Brost article |
| | 307 | | | | Brost article |
| | 308 | | | | 7/1/98 Press releases: Vote No on E Committee |
| | 309 | 12/6/01 | | ✓ | Speech for Vote No on E speakers bureau |
| | 310 | | | | Vote No on Amendment E Brochure |
| | 311 | | | | USDA: A Time to Choose |
| | 312 | | | | USDA: A Time to Act |
| | 313 | | | | August, 2000 Dr. Linda M. Labao Curriculum Vitae |
| | 313A | 12/5/01 | | ✓ | November, 2001 Dr. Linda M. Labao Curriculum Vitae – Lobao |
| | 314 | 12/5/01 | | ✓ | Dr. Linda Labao: Industrialized Farming – Lobao |
| | 315 | 12/7/01 | | ✓ | Dr. William D. Heffernan Vitae – Heffernan |
| | 316 | | | | Dr. William Heffernan: Social Impacts of Changing Structure |
| | 317 | | | | Four Largest Commodity Processing Firms (Table I) |
| | 318 | | | | 3/14/97 Draft Hog Meeting Minutes |
| | 319 | | | | Memo to: Parties interested in a "hog initiative" |
| | 320 | | | | Hog meeting Invitation |
| | 321 | | | | Language Drafting Committee Memo |
| | 322 | | | | 3/25/97 Summary of First Meeting Minutes |
| | 323 | | | | 4/21/97 Hog Meeting Notes |
| | 324 | | | | Draft Co-op language |
| | 325 | | | | 4/28/97 Bixler memo to participants in the April 21 meeting |
| | 326 | | | | 4/29/97 Morog letter to Charlie |

FILED DEC 7 2001

Page 7 of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

SD Farm Bureau, Inc., et al.   vs.   State of South Dakota, et al.

CASE NO. CIV99-3018

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 327 | | | | Comments on YSD Proposed Constitutional Amendment |
| | 328 | | | | 5/5/97 Morog letter to Drafting Committee |
| | 329 | | | | 5/5/97 Keaveny memo to Bill Drafting Committee |
| | 330 | | | | 5/8/97 Thompson memo to John, Brian, Theresa & Dennis |
| | 331 | | | | Minutes of 5/9/97 Meeting in Huron |
| | 332 | | | | 5/13/97 Davis Memo to Corporate farming amendment supporters |
| | 333 | | | | 5/14/97 Anderson letter to Jennings |
| | 334 | | | | 5/16/97 Wiese Memo to Coordinating Committee Members |
| | 335 | | | | Secretary of State Fax Transmittal Form |
| | 336 | | | | 12/8/99 MoorMan's letter to Haverhals |
| | 337 | | | | Kingsburg Grain & Feed Invoice |
| | 338 | | | | 8/12/99 MCP sale confirmation & contract |
| | 339 | | | | 12/28/99 MCP sale confirmation & contract |
| 340 | | | | | Lobao Chart |
| 341 | | 12/5/01 | | Withdrawn | Lobao Table |
| 342 | | 12/6/01 | | ✓ | Deposition of Deb Mortenson |

Page __8__ of _____ Pages