AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

SD Farm Bureau, Inc. vs. State of South Dakota, et al.   CASE NO. CIV99-3018

FILED DEC 7 2001

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 501 | 12/4/01 | | ✓ | USDA Report "A Time to Act" – Thompson |
| | 502 | 12/4/01 | | ✓ | USDA Report "A Time to Choose" – Thompson |
| | 503 | | | | South Dakota Agriculture 1998-1999 Bulletin |
| | 504 | 12/7/01 | | ✓ | 1997 Census of Agriculture, South Dakota |
| | 505 | 12/4/01 | | ✓ | SD Legislature Resource Council Issue Memorandum 98-17, Amendment E – Bixler |
| | 506 | 12/7/01 | | ✓ | Curriculum Vitae Lawrence Cahoon – Cahoon |
| | 507 | | | | Curriculum Vitae Bradford Barham |
| | 508 | 12/6/01 | | ✓ | Amendment E Petition – Johnson |
| | 509 | 12/4/01 | | ✓ | South Dakota Resources Coalition "Amendment E" – Lapton |
| | 510 | 12/4/01 | | ✓ | Vote YES! For the Future of Family Farms – Bixler |
| | 511 | 12/4/01 | | ✓ | Vote Yes for the Future of Family Farms – Bixler |
| | 512 | 12/4/01 | | ✓ | Yes! On Amendment E-Facts Getting Lost in the Shuffle – Bixler |
| | 513 | | | | 1998 Ballot Question Pamphlet Constitutional Amendment E |
| | 514 | 12/6/01 | | ✓ | Amendment "E"xtra – Johnson |
| | 515 | 12/6/01 | | ✓ | Amendment "E"xtra, March 1998 – Johnson |
| | 516 | 12/4/01 | | ✓ | Corporate Farming and Corporate Farming Restrictions in Nebraska – Thompson |
| | 517 | 12/4/01 | | ✓ | It's Time to Get the Facts on Amendment E-D.R.A. – Bixler |
| | 518 | 12/4/01 | | Refused | Crop and Livestock Production Under Amendment E-D.R.A. – Thompson |
| | 519 | 12/4/01 | | Refused | Competition in the Livestock Market – Thompson |
| | 520 | 12/6/01 | | ✓ | Dakota Farmer, October 1998 – Johnson |
| 521 | | 12/5/01 | | ✓ | Livestock Production Chart – Tweeten |
| 522 | | 12/6/01 | | ✓ | 02/28/00 Brannon letter to gregerson |
| 523 | | 12/6/01 | | ✓ | 5/30/00 Brannon letter to Simko |

Page 9 of ___ Pages